UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | GRAND JURY ORIGINAL |
| ALPHONSO LORENZO MURRAY, KEVIN ANTAUN PENN, MARQUETE ALONZO MURRAY, and CHRISTIAN RAUL SIMMS, Defendants. | : | VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C) (Conspiracy to Distribute and Possess With Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl; 10 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue; and a Mixture and Substance Containing a Detectable Amount of Cocaine Base) 21 U.S.C. §§ 860(a), 841(a)(1), and 841(b)(1)(C) (Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School) 21 U.S.C. §§ 860(a), 841(a)(1), and 841(b)(1)(B)(vi) (Unlawful Distribution of 10 Grams of More of Fentanyl Analogue within 1000 Feet of a School) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base) 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense) 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

|  | **FORFEITURE:**<br>**21 U.S.C. §§ 853(a) and (p); 18 U.S.C.**<br>**§ 924(d); and 28 U.S.C. § 2461(c)** |
|---|---|

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about June 2023, and continuing until November 2023, within the District of Columbia and elsewhere, **ALPHONSO LORENZO MURRAY, KEVIN ANTAUN PENN, MARQUETE ALONZO MURRAY, and CHRISTIAN RAUL SIMMS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, ten grams or more of a mixture and substance containing a detectable amount of fentanyl analogue, a Schedule I narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C).

Quantity of Fentanyl, Fentanyl Analogue, and Cocaine Base Involved in the Conspiracy:

With respect to defendant **ALPHONSO LORENZO MURRAY,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and ten grams or more of a mixture and substance containing a detectable amount of a fentanyl analogue, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

With respect to defendant **KEVIN ANTAUN PENN,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and ten grams or more of a mixture and substance containing a detectable amount of a fentanyl analogue, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

With respect to defendant **MARQUETE ALONZO MURRAY,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

With respect to defendant **CHRISTIAN RAUL SIMMS,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved ten grams or more of a mixture and substance containing a detectable amount of a fentanyl analogue, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi) and 841(b)(1)(C).

**(Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl; 10 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue; and a Mixture and Substance Containing a Detectable Amount of Cocaine Base,** in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C))

**COUNT TWO**

On or about August 3, 2023, within the District of Columbia, **MARQUETE ALONZO MURRAY and KEVIN ANTAUN PENN**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), within one thousand feet of the real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C))

### COUNT THREE

On or about September 6, 2023, within the District of Columbia, **ALPHONSO LORENZO MURRAY and KEVIN ANTAUN PENN**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), within one thousand feet of the real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C))

### COUNT FOUR

On or about September 14, 2023, within the District of Columbia, **KEVIN ANTAUN PENN**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), within one thousand feet of the

real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C))

### COUNT FIVE

On or about September 21, 2023, within the District of Columbia, **KEVIN ANTAUN PENN, CHRISTIAN RAUL SIMMS, and ALPHONSO LORENZO MURRAY**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), within one thousand feet of the real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C))

### COUNT SIX

On or about September 28, 2023, within the District of Columbia, **KEVIN ANTAUN PENN and CHRISTIAN RAUL SIMMS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), within one thousand feet of the real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C))

## COUNT SEVEN

On or about October 5, 2023, within the District of Columbia, **KEVIN ANTAUN PENN, CHRISTIAN RAUL SIMMS, and ALPHONSO LORENZO MURRAY**, did unlawfully, knowingly and intentionally distribute 10 grams or more of a mixture and substance containing a detectable amount of fentanyl analogue, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), within one thousand feet of the real property comprising Paramount Child Development Prep School, a public elementary school in the District of Columbia.

**(Unlawful Distribution of 10 Grams of More of Fentanyl Analogue within 1000 Feet of a School**, in violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(B)(vi))

## COUNT EIGHT

On or about July 19, 2023, within the District of Columbia, **MARQUETE ALONZO MURRAY,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT NINE

On or about July 19, 2023, within the District of Columbia, **MARQUETE ALONZO MURRAY**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a crime of violence or drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Eight of this Indictment which is incorporated herein, a firearm, that is, a Smith & Wesson .40 caliber handgun.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## COUNT TEN

On or about July 19, 2023, within the District of Columbia, **MARQUETE ALONZO MURRAY**, knowing he/she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 16-CR-121, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .40 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 13 rounds of .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Counts One through Eight of this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2. Upon conviction of the offense alleged in Counts Nine and Ten this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved

in or used in the knowing commission of the offense, including but not limited to a Smith & Wesson .40 caliber handgun, and 13 rounds of .40 caliber ammunition.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p) and Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ccw*
Attorney of the United States in
and for the District of Columbia.